AE

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of     KC **FILED**     Case Number: 05 C 6064

WILLIAM VILLEGAS

NOV 0 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Vs.

MICHAEL STACHULA, et. al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WIlLIAM VILLEGAS,
           Plaintiff.

07CV6339
JUDGE GRADY
MAGISTRATE JUDGE MASON

| | |
|---|---|
| NAME (Type or print) Gerardo S. Gutierrez | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Gerardo Solon Gutierrez | |
| FIRM Law Offices of Gerado S. Gutierrez | |
| STREET ADDRESS 53 W. Jackson Blvd. #1122 | |
| CITY/STATE/ZIP Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6210618 | TELEPHONE NUMBER (312) 786-99780 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |