## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

| | | |
|---|---|---|
| William Villegas | | |
| | Plaintiff, | |
| v. | | Case No.: 1:07−cv−06339 |
| | | Honorable John F. Grady |
| Michael Stachula, et al. | | |
| | Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

    MINUTE entry before Judge John F. Grady :Status hearing held on 2/13/2008. Motion to dismiss due by 03/14/08; response due by 04/14/08; reply due by 04/28/08. Said motion will be taken under advisement.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.