IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM VILLEGAS, | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C 6339 |
| | ) | |
| v. | ) | Honorable John F. Grady |
| | ) | |
| MICHAEL STACHULA, PATRICIA STEVENS and the CITY OF CHICAGO | ) ) | Magistrate Michael Mason |
| | ) | |
| Defendants, | ) | |

### NOTICE OF FILING

**TO:**   **Gerardo Solon Gutierrez**
53 West Jackson Boulevard
Suite 1122
Chicago, IL 60604

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT'S MOTION TO DISMISS,** a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 14th day of March, 2008.

Respectfully submitted,

/S/ Shneur Z Nathan

Shneur Z. Nathan

Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400

Chicago, Illinois 60602

(312) 742-1842 (Office)

(312) 744-6566 (Fax)

ATTY. NO. 6294495

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused a true and correct copy of the above and foregoing **DEFENDANT'S MOTION TO DISMISS** to be sent via electronic filing to the person named in the foregoing Notice at the address therein shown, on March 14, 2008.

                                    /S/ Shneur Z Nathan_____

                                    Shneur Z. Nathan